# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEANN MARIE BOGGS,** | : | **CIVIL ACTION NO. 3:16-CV-656** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| **NANCY A. BERRYHILL,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 20th day of December, 2017, upon consideration of the Stipulation (Doc. 36), it is hereby ORDERED that Plaintiff, LEANN MARIE BOGGS, is awarded Six Thousand dollars ($6,000) in attorney fees under the EAJA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

   /S/ CHRISTOPHER C. CONNER  
Christopher C. Conner, Chief Judge  
United States District Court  
Middle District of Pennsylvania